# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF C.B.

NO.  2023 CW 0106

**FEBRUARY 8, 2023**

---

In Re:   C.B., applying for supervisory writs, Juvenile Court, Parish of East Baton Rouge, No. 116025, 116026.

---

**BEFORE:   HOLDRIDGE, MILLER, AND GREENE, JJ.**

**STAY DENIED; WRIT DENIED.**

SMM

HG

**Holdridge, J.,** dissents and would grant the writ. It is error for the trial court to consider a victim impact statement as part of the disposition of a child of a family in need of services. See La. Ch. Code arts 773-775. However, the predisposition report may include any relevant information provided by La. Ch. Code art. 773.

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

_____
DEPUTY CLERK OF COURT
     FOR THE COURT